In re the MARRIAGE OF Willis D. CALICOTT and Iva Deanne Calicott.

Willis D. Calicott, Petitioner-Appellant,

and

Iva Deanne Calicott, Respondent.

No. 12260.

Missouri Court of Appeals,
Southern District,
Division Two.

May 25, 1982.

Phillip A. Glades, Cobb Young, Joplin, for petitioner-appellant.

Vernie R. Crandall, Douglas K. Crandall, Crandall, Crawford & Crandall, Carthage, for respondent.

PER CURIAM:

Appellant husband appeals from a judgment dissolving the marriage of the parties,

---

dividing their marital property and awarding maintenance to respondent wife. We have examined the record and determine that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that an opinion would have no precedential value.

The judgment is affirmed in compliance with Rule 84.16(b).

All concur.